IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MATTHEW BATES**                                                                                           **PLAINTIFFS**

v.                              Case No. 4:15-cv-00598-KGB

**SOUTHWESTERN ENERGY COMPANY**
**And SWN PRODUCTION (ARKANSAS), LLC**                                       **DEFENDANTS**

## ORDER

Plaintiff Matthew Bates has filed a stipulation of dismissal as to defendant Southwestern Energy Company ("SEC") pursuant to Federal Rule of Civil Procedure 41(a) (Dkt. No. 9). Any and all of Mr. Bates's claims against SEC are dismissed without prejudice. Mr. Bates retains his claims against the remaining named defendant SWN Production (Arkansas), LLC. Accordingly, SEC is dismissed as a defendant from this action.

It is so ordered this the 23rd of December, 2015.

Kristine G. Baker
United States District Judge