# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MATTHEW BATES**                                                          **PLAINTIFF**

**v.**                  Case No. 4:15-cv-598-KGB

**SWN PRODUCTION (ARKANSAS), LLC**                         **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation for dismissal with prejudice (Dkt. No. 27). Pursuant to the stipulation, the action is dismissed with prejudice, with the parties to bear their own costs and attorney's fees.

It is so ordered this the 26th day of May, 2017.

_____
Kristine G. Baker
United States District Judge